UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 17 2001
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

__CLARENCE CURTIS__

DOCKETED
OCT 19 2001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

01C 8004

vs.    Case No: _____
(To be supplied by the Clerk of this Court)

1. __Chicago Police Dept.__
2. __Officer M. ECTOR #4134__
3. __Officer K. DRUMCOOLE #19047__
4. __Officer D. BORUM #11195__
5. __Officer K. LITTLE #15888__
6. __Sgt. C. TYLER #1764__
7. __Richard A. Devine #10295__

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE BOBRICK

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01        1

I. **Plaintiff(s):**

A. Name: CLARENCE CURTIS

B. List all aliases: _____

C. Prisoner identification number: #1999-0034737

D. Place of present confinement: Cook County Dept of Corr.

E. Address: 2600 So. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police Department
   Title: City Municipal, Employer
   Place of Employment: _____

B. Defendant: Officer M. ECTOR #4134
   Title: Chicago Police Tactical Officer
   Place of Employment: C.P.D. 4844 So. State St. Chicago, IL

C. Defendant: Officer K. DRUMCOOLE #19047
   Title: Chicago Police Tactical Officer
   Place of Employment: C.P.D. 4844 So. State St. Chicago, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

2-A

4). Officer D, BORUM #11195
Chicago Police Tactical Officer
C.P.D. 4844 So State St.
Chicago, IL

5). Officer K, LITTLE #15888
Chicago Police Tactical Officer
C.P.D. 4844 So State St.
Chicago, IL

6). Sgt, C, TYLER #1764
Chicago Police Supervising Officer
C.P.D. 4844 So State St.
Chicago, IL

7). RICHARD A. DEVINE #10295- STATES Attorney
COOK COUNTY States ATTORNEY OFFICE
STATE, County and Municipal Employer
2650 So California Avenue
Chicago, Illinois 60608

(2-A).

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

   _Not/Applicable_

2. What was the result?

   _Not/Applicable_

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   _Not/Applicable_

D. If your answer is **NO**, explain why not:
   _I Complained to my appointed attorney, That I was innocent Yet my complaint wasn't reviewed Until nearly (2) years had Past._

3

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is **YES**:

1. What steps did you take?
   My Case was finally Dismissed When I Prevailed on a motion to Suppress evidence and Quash arrest.

2. What was the result?
   As Stated my motion was Sustained in my favor after being held Illegally 28½ months.

H. If your answer is **NO**, explain why not:
   There was not an issue in regards to the Cook County Sheriffs Department and their holding me in Custody on State Charges.

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _NONE_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D. List all defendants: _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F. Name of judge to whom case was assigned: _NONE_

G. Basic claim made: _NONE_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _THIS Case was Dismissed on 9-19-01 The STATE Appealed and the case was Again Dismissed on 9-25-01 in my FAVOR_

H. Approximate date of disposition: _September 19-25th 2001_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

### V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On the date of May 5,th 1999, Officer defenda M. ECTOR #4134, K. DRUMCOOLE #19047, D. BORUM #11195, K. LITTLE #15888 performed and executed an Unwarranted arrest of I CLARENCE CURTIS, the plaintiff, these Officers while working and performing their duties under color of state law deprived me of a Civil Right, to not be arrested without Probable Cause or a warrant being Presented, in that I was a visitor at a friends home which they fabricated evidence to make it appear that they had acquired a consent to Search, where it was stated I was subsequently caught in possession of alleged narcotics. The entire arrest and Summation of events documented in the Police reports was falsley made and malicious from the start, as Complete lies were made from the entire team of Tactical Officers.

6

2. These Officers after fabricating the events of this false arrest while acting Under Color of State law deprived me of my liberty, by subjecting me to a deprivation of State and federal Due Process in that I was placed into Jail and this Occurred directly as a result of them Concocting and fabricating Probable Cause at the initial Start of this Prosecution that was dismissed in my favor.

3. The Officers Submitted and tendered false and misleading information to their Supervisor whom Okayed and Validated this arrest as legal on Unwarrated facts, this Supervisor while Working in the Capacity as the Superior Knew from Documentation that he while working Under Color of State, County and Municipal authority should not have allowed officers Under his authority to Perform their duties in disregard to Proper Procedures and misconduct. Sgt. C. TYLER # Submitted this arrest as proper when he knew otherwise it was Illegal.

7

## 7-A

4). The Tactical field Officers, M. ECTOR #4134, K. DRUMCOOLE #19047, D. BORUM #11195 and K. LITTLE #15888, all while working Under the color of State, county, and municipal law Conspired and facilitated an Unwarranted entry into a friends of mines house, and while their, Conducted a Unwarranted Search, These Officers falsely Stated that they had acquired Consent to Search from the apartment Leasee and the only Person whom lived there whom Could Give Consent, Yet She the apartment Owner was at work at her place of employment and was called home after the Police had entered, Searched, and arrested the Plaintiff CLARENCE CURTIS, This was done in a malicious manner, in that the Officers Coerced the apartment Owner's Mother to Call her daughter at work and tell her to Come home or She the mother would be arrested and her kids would be taken if She didnt Comply, the mother was babysitting, and I the Plaintiff was a mere Visitor whom never had Possession of, or knew of any Illegal Substances being at this house, Yet the team of Police Comitted me to an arrest on a Completely fabricated case and A Malicious Prosecution

7-B

5). The Plaintiff Contention and true allegat[ion] is That the States ATTORNEY'S OFFICE, headed by the honorable Richard A. DEVINE has directly contributed to the defendant whom is now a Plaintiff in this Cause, Incarceration for Over a Period of 28½ months, When his Staff of attorne[ys] acting Under Color of State, County, and Municipa[l] law failed to adequately review the Procedure[s] Conducted by the arresting officers in this Cas[e]. The States Attorneys Office disregarded the Plaintiffs assertion that he was innocent, and Plaintiff from the initial Start of this arrest and Prosecution always maintained his innocence. The States Attorneys Office was negligent in that they knew that testimony given in the Preliminary hearing was Perjury and they neve[r] tried to prevent this malicious testimony fro[m] being produced in a legal Proceeding Conducte[d] in the Cook County Circuit Courts, Municipal Branc[h]. These actions being brought forth to Court i[n] a false and misleading format directly caus[ed] a Judge to find Probable Cause for a Case that from the very Start was maliciously fabricated, The States Attorneys negligence and failure to conduct a Proper investigation

7-C

6). Plaintiff Contends that the Illegal Procedur[e] Conducted in this Unwarranted arrest and Malicious Prosecution Case is attributed to the Chicago Police Departments failed attempt to flush the City of Chicago from Illicit Drug activity, and that the Chicago Police Departmen[t] whom is a Municipal and City Employer in the State of Illinois, is Directly responsible for the Conduct and Operation of its Officers and that the Chief Personnel whom acting Under Colo[r] of State, County, and Municipal law knew that this arrest should not have been Conducted, especially when it is documented and was Stated in Open Court that the entire action was Conducted on the mere unverified informat[ion] from an alleged anonymous Citizen, no attempts were made to Conduct a Pre-arrest Surveillance nor was there any investigation revealed that would have determined a portion of Probable Cause, The Chicago Police department is directl[y] responsible for the training of its officers an[d] they have the duty to ensure that its Staff while working under Color of State, County, an[d] Municipal law dont infringe on the Constituti[ona]-L, Rights of its Citizens whom are Guarate[ed]

(7-D)

7). Plaintiff Contends that the entire list of Defendants acting Under Color of State, County, and Municipal law Subjected him to a loss of liberty on Unwarranted Charges and the direct result of this Malicious Prosection has Contributed Substainially to his arrest and incarceration for a period of Over 28½ months, and that this false arrest and loss of freedom has effected his life in a Numerous amount of ways which ①, the loss of income which the deprivation of such was due to his being Confined and incarcerated, ② the mental Cruelty that is the direct result of my being Placed into Custody for Over 2½ years on this illicit arrest, ③ emotional distress that was due to the defendants intentional falsifying of the entire arrest and Prosecution which has lasted over 28½ months. ④ Deprivation of Character. ⑤. Violation of his State and federal Rights Guarateed Under Both Constitutions. I bring forth my Claim on the defendants acting in their Official and individual Capacity while acting under Color of State, County and municipal law.

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award me a fee, of $300,000.00 for false arrest, malicious Prosecution and deprivation of my Constitutional, Civil Rights, and et.al. Terminate Officers employment as they have Conspired and Committed a Criminal act, Review and implement new training Guidelines for Police and Prosecutors, and whatever this Court Deems Just.

C.P.D - $25,000.00
States Attorney - $25,000.00
Officers - $50,000.00 x 5
and Court fees.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __10__, 20__01__

Clarence Curtis
(Signature of plaintiff or plaintiffs)

Clarence Curtis
(Print name)

1999-0034737
(I.D. Number)

P.O. Box 089002
Chicago Il 60608
(Address)

8